UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON LUTZ,

  Plaintiff,

-vs-                                    CASE NO.:  8:17-CV-00198-CEH-JSS

PROG LEASING, LLC, d/b/a PROGRESSIVE
LEASING,

  Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW the Plaintiff, JASON LUTZ, by and through his undersigned attorneys, hereby file this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by via the Court's CM/ECF system this 28th day of February, 2017 to all counsel of record, and the following parties who have not appeared:

Daniel McKenna, Esquire                   Ballard Spahr, LLP
mckennad@ballardspahr.com                 1735 Market Street, 51st Floor,
Jenny Perkins, Esquire                    Philadelphia, PA 19103
perkinsj@ballardspahr.com

                                      *s/Octavio Gomez*
                                      Octavio Gomez, Esquire
                                      Morgan & Morgan, Tampa,  P.A.
                                      One Tampa City Center
                                      Tampa, FL 33602
                                      Tele:  (813) 223-5505
                                      Fax:  (813) 223-5402
                                      Florida Bar #:  0338620
                                      *Attorney for Plaintiff*