UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON LUTZ,

      Plaintiff,

v.                                 Case No: 8:17-cv-198-T-36JSS

PROG LEASING, LLC,

      Defendant.

_____/

# O R D E R

Before the Court is the Notice of Voluntary Dismissal without Prejudice (Doc. 8).  In accord with the Notice of Voluntary Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)       The Notice of Voluntary Dismissal without Prejudice is **APPROVED** (Doc. 8).

    2)       This cause is dismissed, without prejudice.

    3)       The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on March 1, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record